**Order entered April 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01131-CR
No. 05-14-01132-CR
No. 05-14-01133-CR

**JERROD DEMOUN PRESTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-72559-I, F14-56011-I, & F14-70597-I**

## ORDER

Appeal Nos. 05-14-01131-CR, 05-14-01132-CR, and 05-14-01133-CR are set for submission on April 14, 2015 without oral argument. The Court has before it appellee the State of Texas's April 13, 2015 First Motion for Extension of Time to File State's Response Brief. Appellee tendered its brief with its motion. We **GRANT** appellee's motion to extend time for filing its brief in these appeals and direct the Clerk to file appellee's brief effective the date of this order.

/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE